AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Albritton, William H. | District Court-MD Alabama | 05/03/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Senior Status | ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final  **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

1 Church Street
Montgomery, AL

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Montgomery Symphony Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/03/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | UBS Financial Services Inc. - IRA-Distributions | $17,560.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Albritton, William H.** | 05/03/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SERVISFIRST BANK CASH ACCOUNTS | A | Interest | M | T | | | | | |
| 2. | | | | | | | | | |
| 3. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 4. -UBS BANK USA DEP ACCT | A | Dividend | J | T | | | | | |
| 5. -UNTS AAM DIV RULER PRTFO SER 2018D | A | Dividend | | | Redeemed | 01/28/20 | L | D | |
| 6. -UNTS AAM DIV RULER PRTFO SER 2020A | A | Dividend | L | T | Buy | 01/27/20 | L | | |
| 7. | | | J | T | Buy (add'l) | 03/25/20 | J | | |
| 8. | | | J | T | Buy (add'l) | 04/27/20 | J | | |
| 9. | | | J | T | Buy (add'l) | 05/26/20 | J | | |
| 10. | | | J | T | Buy (add'l) | 06/25/20 | J | | |
| 11. | | | J | T | Buy (add'l) | 07/27/20 | J | | |
| 12. | | | J | T | Buy (add'l) | 08/25/20 | J | | |
| 13. | | | J | T | Buy (add'l) | 09/25/20 | J | | |
| 14. | | | J | T | Buy (add'l) | 10/26/20 | J | | |
| 15. | | | J | T | Buy (add'l) | 11/25/20 | J | | |
| 16. | | | J | T | Buy (add'l) | 12/28/20 | J | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Albritton, William H.** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. TRUST #1 (H) | | | | | | | | | |
| 19. -UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 20. -EXXON MOBIL CORP | D | Dividend | M | T | | | | | |
| 21. -APPLE INC | A | Dividend | K | T | Buy | 07/22/20 | J | | |
| 22. | | | | | | | | | |
| 23. TRUST #2 (H) | | | | | | | | | |
| 24. -ALPS ETF TR ALERIAN MLP | A | Dividend | | | Sold | 10/05/20 | J | A | |
| 25. -ALERIAN MLP ETF | A | Dividend | | | Merged<br>(with line 24) | 05/15/20 | K | A | |
| 26. -AT&T INC | B | Dividend | | | Sold | 12/09/20 | K | A | |
| 27. -ABBVIE INC COM | A | Dividend | K | T | | | | | |
| 28. -BLACKROCK TAXABLE MUNICIPAL BOND TRUST | B | Dividend | K | T | | | | | |
| 29. -BOEING COMPANY COMMON STOCK | A | Dividend | K | T | | | | | |
| 30. | | | | | Sold<br>(part) | 10/05/20 | J | A | |
| 31. -BRIGHTHOUSE FINANCIAL INC | | None | | | Sold | 10/05/20 | J | A | |
| 32. -CATERPILLAR INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 33. | | | | | Sold<br>(part) | 10/05/20 | J | C | |
| 34. -COCA COLA CO COM COMMON STOCK | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 10/05/20 | J | A | |
| 36. -FACEBOOK INC CL A | | None | J | T | | | | | |
| 37. -WALT DISNEY CO (HOLDING CO) DISNEY | A | Dividend | K | T | | | | | |
| 38. | | | | | Sold (part) | 10/05/20 | J | A | |
| 39. -FIRST TRUST DORSEY WRIGHT FOCUS 5 ETF | A | Dividend | K | T | | | | | |
| 40. | | | | | Sold (part) | 10/05/20 | J | A | |
| 41. -FT-PREFERRED SECUR & INC ETF | C | Dividend | L | T | | | | | |
| 42. -GANNETT CO INC (X) | | None | | | Sold | 10/05/20 | J | A | |
| 43. -GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 44. | | | | | Sold (part) | 10/05/20 | J | A | |
| 45. -GLAXO SMITHKLINE PLC ADR | A | Dividend | | | Sold | 12/09/20 | J | A | |
| 46. -HOME DEPOT INC | A | Dividend | K | T | | | | | |
| 47. -INTL BUSINESS MACHINES CORP IBM | B | Dividend | | | Sold | 12/09/20 | K | A | |
| 48. | | | | | Sold (part) | 10/05/20 | J | A | |
| 49. -JPMORGAN CHASE & CO | B | Dividend | L | T | | | | | |
| 50. | | | | | Sold (part) | 10/05/20 | J | A | |
| 51. -MCDONALDS CORP | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Albritton, William H.** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 10/05/20 | J | D | |
| 53.   -METLIFE INC | A | Dividend | | | Sold | 12/09/20 | J | A | |
| 54.   -PFIZER INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 55. | | | | | Sold<br>(part) | 10/05/20 | J | A | |
| 56.   -VANGUARD S&P 500 ETF | A | Dividend | K | T | | | | | |
| 57. | | | | | Sold<br>(part) | 10/05/20 | J | B | |
| 58.   -VIATRIS INC (X) | | | | | Sold<br>(part) | 11/17/20 | J | A | |
| 59.   -UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 60.   -LOWNDES CNTY ALA WTS | A | Interest | | | Redeemed | 02/03/20 | J | A | |
| 61.   -WABTEC INC | A | Dividend | | | Sold | 10/05/20 | J | A | |
| 62.   -FIRST TRUST ENHANCED SHORT<br>MAT FUND ETF | A | Dividend | K | T | Buy | 10/07/20 | K | | |
| 63.   -AMAZON.COM IN | | | K | T | Buy | 12/09/20 | K | | |
| 64.   -APPLE INC. | | | K | T | Buy | 12/09/20 | K | | |
| 65.   -MICROSOFT CORP | | | K | T | Buy | 12/09/20 | K | | |
| 66.   -SALESFORCE.COM INC | | | K | T | Buy | 12/09/20 | K | | |
| 67.   -TESLA INC. | | | K | T | Buy | 12/09/20 | K | | |
| 68. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. IRA ACCOUNT #1 (H) | | | | | | | | | |
| 70. -UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 71. -UNTS AAM DIV RULER PRTFO SER 2019B | A | Dividend | | | Redeemed | 07/22/20 | K | A | |
| 72. | | | | | Buy (add'l) | 01/27/20 | J | | |
| 73. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 74. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 75. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 76. | | | | | Buy (add'l) | 05/26/20 | J | | |
| 77. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 78. -UNTS FT CAP STRENGTH PRTFO SER 54 | | | K | T | Buy | 12/09/20 | J | | |
| 79. | | | | | | | | | |
| 80. IRA ACCOUNT #2 (H) | | | | | | | | | |
| 81. -UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 82. -JP MORGAN CHASE & CO DE | A | Dividend | J | T | | | | | |
| 83. | | | | | Sold (part) | 12/08/20 | J | A | |
| 84. -UNITEDHEALTH GROUP INC DE | A | Dividend | J | T | | | | | |
| 85. -FIRST TRUST ENHANCED SHORT MAT FUND ETF | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 12/08/20 | J | A | |
| 87. -FIRST TRUST LOW DURATION<br>MORTGAGE OPPORTUNITIES | A | Dividend | J | T | | | | | |
| 88. | | | | | Sold<br>(part) | 02/24/20 | J | A | |
| 89. | | | | | Sold<br>(part) | 04/24/20 | J | A | |
| 90. | | | | | Sold<br>(part) | 12/08/20 | J | A | |
| 91. -FIRST TRUST CONSUMER<br>DISCRETIONARY ALPHADEX | A | Dividend | | | Sold | 03/24/20 | J | A | |
| 92. | | | | | Sold<br>(part) | 02/24/20 | J | A | |
| 93. -SUNCOR ENERGY INC NEW CAD | A | Dividend | | | Sold | 05/04/20 | J | A | |
| 94. | | | | | Sold<br>(part) | 02/24/20 | J | A | |
| 95. -ROCKWELL AUTOMATION INC NEW | A | Dividend | J | T | | | | | |
| 96. -ADOBE SYSTEMS INC | | None | J | T | | | | | |
| 97. -VISA INC CL A DE | A | Dividend | J | T | | | | | |
| 98. -COCA COLA CO COM DE | A | Dividend | J | T | | | | | |
| 99. | | | | | Sold<br>(part) | 02/24/20 | J | A | |
| 100. | | | | | Sold<br>(part) | 12/08/20 | J | A | |
| 101. -AMERICAN TOWER CORP REIT DE | A | Dividend | J | T | | | | | |
| 102. -FIRST TRUST EXCHANGE<br>TECHNOLOGY ALPHADEX FUND-FXL | A | Dividend | | | Sold | 05/20/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 02/24/20 | J | A | |
| 104. -LINDE PLC EUR (Y) | | | | | | | | | |
| 105. -APPLE INC DE | A | Dividend | J | T | | | | | |
| 106. | | | | | Sold<br>(part) | 12/08/20 | J | A | |
| 107. -LAUDER ESTEE COS CL A DE | A | Dividend | J | T | | | | | |
| 108. -VF CORP DE | A | Dividend | J | T | | | | | |
| 109. | | | | | Sold<br>(part) | 02/24/20 | J | A | |
| 110. | | | | | Sold<br>(part) | 12/08/20 | J | A | |
| 111. -TJX COS INC NEW DE | A | Dividend | J | T | | | | | |
| 112. | | | | | Sold<br>(part) | 02/24/20 | J | A | |
| 113. | | | | | Sold<br>(part) | 12/08/20 | J | A | |
| 114. -TEXAS INSTRUMENTS DE | A | Dividend | J | T | | | | | |
| 115. | | | | | Sold<br>(part) | 12/08/20 | J | A | |
| 116. -NOVARTIS AG SPON ADR DE | A | Dividend | J | T | | | | | |
| 117. | | | | | Sold<br>(part) | 12/08/20 | J | A | |
| 118. | | | | | Sold<br>(part) | 02/24/20 | J | A | |
| 119. -MONDELEZ INTL INC DE | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 02/24/20 | J | A | |
| 121. | | | | | Sold (part) | 12/08/20 | J | A | |
| 122. -MARSH & MCLENNAN COS INC DE | A | Dividend | J | T | | | | | |
| 123. | | | | | Sold (part) | 02/24/20 | J | A | |
| 124. | | | | | Sold (part) | 12/08/20 | J | A | |
| 125. -MICROSOFT CORP DE | A | Dividend | J | T | | | | | |
| 126. | | | | | Sold (part) | 02/24/20 | J | A | |
| 127. | | | | | Sold (part) | 12/08/20 | J | A | |
| 128. -INVESCO BULLETSHARES 2022 HIGH CORPORATE | A | Dividend | | | Sold | 10/22/20 | J | A | |
| 129. | | | | | Sold (part) | 02/24/20 | J | A | |
| 130. -INTERCONTINENTAL EXCHANGE GROUP | A | Dividend | J | T | | | | | |
| 131. | | | | | Sold (part) | 02/24/20 | J | A | |
| 132. | | | | | Sold (part) | 12/08/20 | J | A | |
| 133. -INTEL CORP DE | A | Dividend | J | T | | | | | |
| 134. | | | | | Sold (part) | 02/24/20 | J | A | |
| 135. | | | | | Sold (part) | 12/08/20 | J | A | |
| 136. -FIRST TRUST DORSEY WRIGHT FOCUS 5 ETF | A | Dividend | | | Sold | 07/22/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 02/24/20 | J | A | |
| 138. -FT-PREFERRED SECUR & INC ETF | A | Dividend | J | T | | | | | |
| 139. | | | | | Sold (part) | 02/24/20 | J | A | |
| 140. | | | | | Sold (part) | 12/08/20 | J | A | |
| 141. -FIRST TRUST -INDUSTRIALS/ PRODUCER DURABLES ALPHADEXTM FUND-FXR | A | Dividend | | | Sold | 05/20/20 | J | A | |
| 142. | | | | | Sold (part) | 02/24/20 | J | A | |
| 143. -HONEYWELL INTL INC | A | Dividend | J | T | | | | | |
| 144. -ACCENTURE PLC IRELAND CL A | A | Dividend | J | T | | | | | |
| 145. -ALPHABET INC CL A | | None | J | T | | | | | |
| 146. -AMERIPRISE FINANCIAL INC | A | Dividend | J | T | | | | | |
| 147. | | | | | Sold (part) | 12/08/20 | J | A | |
| 148. -BLACKROCK INC | A | Dividend | J | T | | | | | |
| 149. -CHEVRON CORP | A | Dividend | J | T | | | | | |
| 150. | | | | | Sold (part) | 12/08/20 | J | A | |
| 151. -CHUBB LTD CHF | A | Dividend | J | T | | | | | |
| 152. -CRANE CO DE | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Albritton, William H.** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Sold (part) | 12/08/20 | J | A | |
| 154. -DANAHER CORP | A | Dividend | J | T | | | | | |
| 155. | | | | | Sold (part) | 12/08/20 | J | A | |
| 156. -DIAGEO PLC NEW GB SPON ADR | A | Dividend | J | T | | | | | |
| 157. -FACEBOOK INC CL A | | None | J | T | | | | | |
| 158. -HOME DEPOT INC | A | Dividend | J | T | | | | | |
| 159. -LOCKHEED MARTIN CORP | A | Dividend | J | T | | | | | |
| 160. -LOWES COMPANIES INC | A | Dividend | J | T | | | | | |
| 161. | | | | | Sold (part) | 02/24/20 | J | A | |
| 162. | | | | | Sold (part) | 12/08/20 | J | A | |
| 163. -MCDONALDS CORP | A | Dividend | J | T | | | | | |
| 164. -MEDTRONIC PLC | A | Dividend | J | T | | | | | |
| 165. | | | | | Sold (part) | 12/08/20 | J | A | |
| 166. -NEXTERA ENERGY INC COM | A | Dividend | J | T | | | | | |
| 167. | | | | | Sold (part) | 12/08/20 | J | A | |
| 168. -O REILLY AUTOMOTIVE INC | | None | J | T | | | | | |
| 169. -PARKER HANNIFIN CORP | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170.  -UNION PACIFIC CORP | A | Dividend | J | T | | | | | |
| 171.  -UNTD TECHNOLOGIES CORP | A | Dividend | | | Merged (with line 172) | 04/03/20 | J | A | |
| 172.  -RAYTHEON TECHNOLOGIES CORP (X) | A | Dividend | J | T | | | | | |
| 173.  -OTIS WORLDWIDE CORP | | None | | | Spinoff (from line 172) | 04/03/20 | J | | |
| 174. | | | | | Sold (part) | 04/03/20 | J | A | |
| 175. | | | | | Sold | 04/22/20 | J | A | |
| 176.  -CARRIER GLOBAL CORP | | | | | Spinoff (from line 172) | 04/03/20 | J | | |
| 177. | | | | | Sold | 04/22/20 | J | A | |
| 178.  -WALT DISNEY CO (HOLDING CO) DISNEY COM | A | Dividend | J | T | | | | | |
| 179. | | | | | Sold (part) | 12/08/20 | J | A | |
| 180.  -THERMO FISHER SCIENTIFIC INC (X) | A | Dividend | J | T | | | | | |
| 181. | | | | | | | | | |
| 182.  TRUST #3 (H) | | | | | | | | | |
| 183.  -SCHWAB VALUE ADVANTAGE MONEY MARKET FUND | A | Int./Div. | K | T | | | | | |
| 184. | | | | | Buy (add'l) | 01/03/20 | J | | |
| 185. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 186. | | | | | Buy (add'l) | 03/04/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Albritton, William H.** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 187. | | | | | Buy<br>(add'l) | 04/08/20 | J | | |
| 188. | | | | | Sold<br>(part) | 04/21/20 | K | A | |
| 189. | | | | | Buy<br>(add'l) | 05/21/20 | J | | |
| 190. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 191. | | | | | Buy<br>(add'l) | 07/06/20 | J | | |
| 192. | | | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 193. | | | | | Buy<br>(add'l) | 09/04/20 | J | | |
| 194. | | | | | Buy<br>(add'l) | 10/05/20 | J | | |
| 195. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 196. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 197. | | | | | | | | | |
| 198. TRUST #4 (H) | | | | | | | | | |
| 199. -ALABAMA ST PUB SCH & COLLEGE A 5% | B | Interest | | | Matured | 10/15/20 | K | A | |
| 200. -ATHENS ALA 5% | A | Interest | K | T | | | | | |
| 201. -AUBURN ALA 5% | A | Interest | K | T | | | | | |
| 202. -BIRMINGHAM ALA SPL CARE FACS F 5% | A | Interest | K | T | | | | | |
| 203. -ENTERPRISE ALA 4% | A | Interest | | | Matured | 02/01/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204.  -FLORENCE ALA 5% | A | Interest | K | T | | | | | |
| 205.  -MOBILE AL W/S 5% | B | Interest | K | T | | | | | |
| 206.  -MOBILE CNTY AL 5% | A | Interest | K | T | | | | | |
| 207.  -OXFORD ALA 5% | B | Interest | K | T | | | | | |
| 208.  -TEXAS ST 5% | A | Interest | K | T | | | | | |
| 209.  -TUSCALOOSA ALA CITY BRD ED SCH 5% | A | Interest | K | T | | | | | |
| 210.  -TUSCALOOSA AL 4% GO UTX | A | Interest | K | T | | | | | |
| 211.  -UNIVERSITY OF ALA GEN REV 5% | A | Interest | K | T | | | | | |
| 212.  -UNIVERSITY OF ALA AT BIRMINGHA 5% | A | Interest | | | Matured | 10/01/20 | K | A | |
| 213.  -FLORIDA ST BRD ED LOTTERY REV 5% | A | Interest | K | T | | | | | |
| 214.  -MINNEAPOLIS & ST PAUL MINN HSG | A | Interest | K | T | | | | | |
| 215.  -DENTON TEX 5% | A | Interest | K | T | | | | | |
| 216.  -HARRIS CNTY TEX MET TRAN AUTH 5% | A | Interest | K | T | | | | | |
| 217.  -NORTH TEX MUN WTR DIST UPPER E 5% | A | Interest | K | T | | | | | |
| 218.  -PORT SEATTLE WAS REV 5% | A | Interest | K | T | | | | | |
| 219.  -THURSTON CNTY WASH SCH DIST NO 5% | B | Interest | K | T | | | | | |
| 220.  -WASHINGTON ST 5% | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 221. -WEST VA COMMR OF HWYS SPL OBLI 5% | B | Interest | K | T | | | | | |
| 222. -CLARK CNTY NV PFC 5% | A | Interest | K | T | | | | | |
| 223. -AMERN MUNI PWR OH 5% ELEC UTIL | B | Interest | K | T | | | | | |
| 224. -SCHWAB GOVT MONEY FUND | A | Int./Div. | J | T | Buy (add'l) | 12/08/20 | J | | |
| 225. -HONOLULU HAWAII CITY & CNTY 5% | A | Interest | K | T | | | | | |
| 226. -NORTH CAROLINA ST GRANT ANTIC 5% | A | Interest | K | T | | | | | |
| 227. -AMARILLO TX WWKS&SW 5% 22 | A | Interest | K | T | Buy | 02/12/20 | K | | |
| 228. -COOK KANE LAKE & MCHENRY CNTY 4% 12/15/2027 | | None | K | T | Buy | 10/15/20 | K | | |
| 229. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/03/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 05/03/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Albritton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544